HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re ARAM CHRISTIAN ABAJIAN, JR., <br><br> Deceased. | CASE NO. C13-241RAJ <br><br> ORDER |

    This matter comes before the court on a stipulation (Dkt. # 12) to dismiss certain claims and remand the remainder to King County Superior Court.  Counsel for Lisa Sullivan, the surviving spouse of the deceased, has signed the stipulation, as has counsel for Sun Life Assurance Company of Canada ("Sun Life"), as has the deceased's child's guardian ad litem.  The stipulation refers to Ms. Sullivan as the "plaintiff/petitioner" and Sun Life as the defendant, although the court cannot ascertain if those labels accurately reflect the status of the parties.

    What the court can ascertain is that Ms. Sullivan and Sun Life have resolved the dispute that led Sun Life to remove the case to this court.  They jointly request that the court dismiss that claim, which apparently arose under the Employee Retirement Income Security Act of 1974 ("ERISA"), then remand what remains of this probate action to King County Superior Court.

    The court grants the relief that the parties request.  The court DISMISSES Ms. Sullivan's claims against Sun Life with prejudice and without costs or attorney fees to

ORDER – 1

any party, and directs the clerk to REMAND the remainder of this probate action to King County Superior Court.

DATED this 3rd day of May, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2